# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRIPWIRE SOUTH, LLC,** | : | |
| Plaintiff | : | No. 1:24-cv-00305 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **STUDEBAKER GROUP,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 16th day of December 2024, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff Tripwire South, LLC ("Plaintiff")'s motion to enter judgment by default (Doc. No. 13) is **GRANTED**;

2. The Clerk of Court is directed to defer entry of judgment in favor of Plaintiff and against Defendant pending the Court's damages determination, consistent with the accompanying Memorandum; and

3. An evidentiary hearing on damages will be held on **February 27, 2025, at 10:00 a.m. in Courtroom No. 6A, 6th Floor**, Sylvia H. Rambo Courthouse, 1501 N 6th Street, Harrisburg, PA 17102.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania